AO 91 (Rev. 11/11) Criminal Complaint                                          AUSA Vincenza Tomlinson (312) 353-5496





# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANGEL ALFREDO VILLATORO-PINZON

CASE NUMBER: 25 CR 743

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 8, 2020, at Cook County, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien who was previously removed from the United States on or about November 25, 2013, was found in the United States without previously having obtained the express consent of the Secretary of Homeland Security, for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

Digitally signed by JEREMY P BERNSON
Date: 2025.11.19 10:38:21 -06'00'

JEREMY BERNSON
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 19, 2025

*Judge's signature*

City and state: Chicago, Illinois                    LAURA K. McNALLY, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### **AFFIDAVIT**

I, JEREMY BERNSON, being duly sworn, state as follows:

1.      I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have been employed with ICE for approximately 17 years. My current responsibilities include the investigation of federal criminal violations, including those relating to deportation and aliens. I am a member of an investigative unit within ICE that specializes in the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2.      I submit this affidavit in support of a criminal complaint alleging that ANGEL ALFREDO VILLATORO-PINZON has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging VILLATORO-PINZON with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I

believe establish that VILLATORO-PINZON committed the offense stated in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4.     According to DHS records, VILLATORO-PINZON is a native and citizen of Guatemala and has no claim to United States citizenship or lawful residence. DHS records reflect that VILLATORO-PINZON was born in Guatemala in 1992.

5.     According to DHS records, on or about November 14, 2013, VILLATORO-PINZON was ordered removed from the United States to Guatemala by an Immigration Official in Laredo, Texas. In connection with his order of removal, VILLATORO-PINZON was fingerprinted.

6.     According to DHS records, VILLATORO-PINZON remained in administrative custody from his order of removal on or about November 14, 2013, to on or about November 25, 2013, at which time VILLATORO-PINZON was removed from the United States through San Antonio, Texas.

7.     DHS records reflect that VILLATORO-PINZON has not applied for or received permission from the Secretary of Homeland Security to re-enter the United States.

8.     On or about December 8, 2020, VILLATORO-PINZON was arrested by the Chicago Police Department in Chicago, Illinois for predatory criminal sexual

assault, sexual assault, aggravated criminal sexual abuse, and aggravated battery/strangulation. In connection with that arrest, VILLATORO-PINZON was again fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigation Integrated Automated Fingerprint Identification System (IAFIS).

9. Records maintained by the Cook County Circuit Court in Chicago, Illinois reflect that on or about September 4, 2024, VILLATORO-PINZON was convicted of predatory criminal sexual assault and sentenced to six years' imprisonment.

10.     On or about November 13, 2025, a fingerprint comparison analysis was conducted by the Homeland Security Investigations Forensic Laboratory, which verified that the VILLATORO-PINZON who was arrested on or about December 8, 2020 in Chicago, Illinois, is the same person who was ordered to be removed from the United States on or about November 14, 2013.   Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about December 8, 2020 at Cook County, Illinois, in the Northern District of Illinois, Eastern Division, VILLATORO-PINZON, being an alien who last removed from the United States on or about November 25, 2013, was found in the United States without previously having obtained the express consent of the Secretary of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

Digitally signed by JEREMY P
BERNSON
Date: 2025.11.19 10:39:23 -06'00'

JEREMY BERNSON
Deportation Officer, Immigration & Customs
Enforcement

SWORN TO AND AFFIRMED by telephone on November __19__, 2025.

_____
Honorable Laura K. McNally
United States Magistrate Judge

box SIGN        1XXPJQ36-4K29PLK7

2